IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

v.          CRIMINAL NO. 10-212-2

JOSEPH MIDDLETON

**FILED SEP 12 2011**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>**O R D E R**</u>

AND NOW, this 12th day of September, 2011, upon consideration of the Government's Motion to Dismiss Superseding Second Indictment as to defendant Joseph Middleton only,

it is hereby

ORDERED

that Second Superseding Indictment No. 10-212-2 is dismissed as to defendant Joseph Middleton.

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*

cc
SH